USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1-13-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAREPORTAL INC.,

                **Plaintiff,**

-against-

TRAVANA, INC., AHMET SEYALIOGLU, NISHITH KUMAR, and JASON WARE,

                **Defendants.**

16-cv-09882 (ALC)

**ANDREW L. CARTER, JR., United States District Judge:**

On December 2, 2019, Plaintiff Fareportal Inc. provided a status report to the Court regarding this matter. The status report provided the following information.

- The only remaining Defendant in this action is Travana, Inc., which remains subject to bankruptcy proceedings in the United States Bankruptcy Court for the Northern District of California.
- This action was stayed against Travana on June 6, 2017.
- Travana's bankruptcy remains pending.
- On November 1, 2019, Travana's Chapter 7 Trustee filed her Trustee's Final Report, and a Final Meeting was scheduled for December 3, 2019.

The parties should submit a joint status report by January 27, 2020 providing details regarding this Final Meeting in Travana's bankruptcy as well as any further updates regarding this matter.

**SO ORDERED.**

Dated: January 13, 2020
      New York, New York

                                **ANDREW L. CARTER, JR.**
                                United States District Judge