USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2-5-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

FAREPORTAL INC.,

                      Plaintiffs,

            -against-                      1:16-cv-9882 (ALC)

TRAVANA, INC., AHMET SEYALIOGLU,      ORDER
NISHITH KUMAR, AND JASON WARE,

                      Defendant.

------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

On January 13, 2020, the Court ordered the parties to submit a joint status report by January 27, 2020 providing details regarding the Final Meeting in Travana's bankruptcy as well as any further updates regarding this matter. To date, the parties have not submitted a joint status report. Accordingly, the parties are ordered to submit a joint status report by February 12, 2020.

**SO ORDERED.**

Dated:    February 5, 2020
             New York, New York

                                                            **ANDREW L. CARTER, JR.**
                                                             **United States District Judge**