USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __6/3/20_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
   **FAREPORTAL INC., et al.,**                       :

                    **Plaintiffs,**    :

                                  :    **1:16-cv-9882**
      **-against-**                          :
                                  :    **ORDER**
   **TRAVANA,**                            :

                  **Defendant.**    :
-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

    The parties should submit a joint status report by June 10, 2020.

**SO ORDERED.**

**Dated:**   June 3, 2020

       New York, New York                          **ANDREW L. CARTER, JR.**
                                                                               **United States District Judge**