USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/17/20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x
                                                             :
**FAREPORTAL INC.,**                                         :
                                                             :
                 **Plaintiff,**   :
                                                             :    16-cv-9882
        -against-                                   :
                                                             :    **ORDER**
**TRAVANA, INC., et al.,**                                   :
                                                             :
                **Defendants.**  :
------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Plaintiff's letter requesting that the Court voluntarily dismiss its claims against Defendant. If Plaintiff would like to voluntarily dismiss this action, it should submit a dismissal in compliance with Fed. R. Civ. P. 41(a)(2).

**SO ORDERED.**

  **Dated**:   July 17, 2020
               New York, New York

                                                   **ANDREW L. CARTER, JR.**
                                                   **United States District Judge**