USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/17/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

FAREPORTAL INC. ,

              **Plaintiff,**

    -against-

TRAVANA INC. ET AL,                  1:16-cv-9882 (ALC)

            **Defendants.**             **ORDER**

------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Plaintiff's June 5, 2020 letter expressing its intent to voluntarily dismiss this action. (ECF No. 125). Plaintiff should submit a dismissal in compliance with Fed. R. Civ. P. 41 (a)(2).

**SO ORDERED.**

**Dated:** July 17 , 2020

     New York, New York                          **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**